IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

FILED
CHARLOTTE, NC

MAR 18 2025

US DISTRICT COURT
WESTERN DISTRICT OF NC

| | |
|---|---|
| UNITED STATES OF AMERICA | DOCKET NO. 5:25-cr-9-KDB |
| v. | **BILL OF INDICTMENT** |
| (1) TERRELL DEVON PATTERSON<br>(2) REGINALD CURTIS | Violations: 21 U.S.C. § 841(a)(1)<br>21 U.S.C. § 846<br>18 U.S.C. § 922(g)<br>18 U.S.C. § 2 |

**THE GRAND JURY CHARGES:**

### COUNT ONE
*(Conspiracy to Distribute Methamphetamine)*

In or about December 2023 through January 2024, in Catawba County, within the Western District of North Carolina, the defendants,

**(1) TERRELL DEVON PATTERSON** and
**(2) REGINALD CURTIS,**

did knowingly and intentionally combine, conspire, confederate, and agree with each other and with other persons, known and unknown to the Grand Jury, to distribute a controlled substance, that is, fifty (50) grams or more of methamphetamine (actual), a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A).

All in violation of Title 21, United States Code, Section 846.

### COUNT TWO
*(Distribution of Methamphetamine)*

On or about December 13, 2023, in Catawba County, within the Western District of North Carolina, the defendants,

**(1) TERRELL DEVON PATTERSON** and
**(2) REGINALD CURTIS,**

aiding and abetting each other, did knowingly and intentionally distribute a controlled substance, that is, fifty (50) grams or more of methamphetamine (actual), a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A) and Title 18, United States Code, Section 2.

## COUNT THREE
*(Distribution of Methamphetamine)*

On or about January 12, 2024, in Catawba County, within the Western District of North Carolina, the defendants,

**(1) TERRELL DEVON PATTERSON** and
**(2) REGINALD CURTIS,**

aiding and abetting each other, did knowingly and intentionally distribute a controlled substance, that is, fifty (50) grams or more of methamphetamine (actual), a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A) and Title 18, United States Code, Section 2.

## COUNT FOUR
*(Possession of a Firearm by a Prohibited Person)*

On or about February 16, 2024, in Catawba County, within the Western District of North Carolina, the defendant,

**(1) TERRELL DEVON PATTERSON,**

knowing that he had previously been convicted of at least one crime punishable by imprisonment for a term exceeding one year, did knowingly possess one or more firearms, that is, a Charter Arms, model Police Undercover, .38 caliber revolver, a Derya Arms, model VR80, 12 gauge shotgun, an American Tactical Imports, model MIL-SPORT, multicaliber pistol, and a Springfield (HS PRODUKT) model XD9, 9mm pistol, in and affecting commerce, in violation of Title 18, United States Code, Section 922(g)(1).

## NOTICE OF FORFEITURE AND FINDING OF PROBABLE CAUSE

Notice is hereby given of 21 U.S.C. § 853, 18 U.S.C. § 924, and 28 U.S.C. § 2461(c). The following property is subject to forfeiture in accordance with Section 853, 924, and/or 2461(c):

a. All property which constitutes or is derived from proceeds of the violations set forth in this bill of indictment;

b. All property used or intended to be used in any manner or part to commit or facilitate such violations;

c. All firearms or ammunition involved or used in such violations; and

d. If, as set forth in 21 U.S.C. § 853(p), any property described in (a), (b), or (c) cannot be located upon the exercise of due diligence, has been transferred or sold to, or deposited with, a third party, has been placed beyond the jurisdiction of the court, has been substantially diminished in value, or has been commingled with other property which cannot be divided without difficulty, all other property of the defendant/s to the extent of the value of the property described in (a), (b), and (c).

The Grand Jury finds probable cause to believe that the following property seized on or about January 18, 2024 and February 16, 2024 during the investigation is subject to forfeiture on the grounds stated above:

a. $26,129,00 in United States currency.
b. One Charter Arms, model Police Undercover, .38 caliber revolver, magazine, and ammunition.
c. One Derya Arms, model VR80, 12 gauge shotgun, magazine, and ammunition.
d. One American Tactical Imports, model MIL-SPORT, multicaliber pistol, magazine, and ammunition.
e. One Springfield (HS PRODUKT) model XD9, 9mm pistol magazine, and ammunition.

A TRUE BILL

FOREPERSON

RUSS FERGUSON
UNITED STATES ATTORNEY

WILL WISEMAN
SPECIAL ASSISTANT UNITED STATES ATTORNEY